IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSHA LYNN HARRISON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 13-4119 |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 16 day of Dec., 2014, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and no objection having been filed, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED; and

3. this matter is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

WILLIAM H. YOHN, JR.    J.